Elbert Gates, alias J. E. Tomplin, alias J. K. Thompson v. The State.

No. 9152.          Delivered April 22, 1925.

Possession of Forged Checks—Plea of—Jeopardy—Sustained.

This is a companion case to No. 9151 this day decided by this court, the record discloses the same identical facts, as those prevailing in that case, and this cause is also reversed and remanded.

Appeal from the District Court of Jefferson County. Tried below before the Hon. Geo. C. O'Brien, Judge.

Appeal from a conviction for the unlawful possession of a forged check; penalty, two years in the penitentiary.

*Howth, Adams & Hart,* and *Jno. T. Kitching,* all of Beaumont, for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

BERRY, Judge.—This is a companion case to No. 9151, this day decided by this court, and the record discloses the same identical facts as those prevailing in that case, and the opinion rendered in that case is decisive of this one.

On the authority of No. 9151, Elbert Gates v. State, this day decided, it is our opinion that this case should be reversed and the cause remanded.

*Reversed and remanded.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.